■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN CALVIN, Appellant. — Judgment of resentence, Supreme Court, New York County (Haft, J., at plea and sentence; Fitzer, J., at *Townsend* hearing), rendered on August 5, 1980, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Kupferman, Markewich, Bloom and Alexander, JJ.

■ SIMON GHITELMAN, Plaintiff, v SONDRA GHITELMAN, Appellant, and PARMET & ROBBINS, Respondent. — Order and judgment, Supreme Court, New York County (Price, J.), both entered on March 10, 1982, unanimously affirmed, without costs and without disbursements. The cross appeal taken by plaintiff from the order and judgment is dismissed as abandoned, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Kupferman, Markewich, Bloom and Alexander, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES WATTS, Appellant. — Judgment, Supreme Court, New York County (Rothwax, J., at plea and sentence; Pecora, J., at suppression hearing), rendered on May 10, 1982, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sullivan, J. P., Ross, Carro, Asch and Milonas, JJ.